# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**IN RE:** Herbert Lowe )
)
) **Bankruptcy No.** 10 B 40056
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for status on __August 25, 2011 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David R. Herzog is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: 6/23/11

JUN 23 2011

In re: Herbert Lowe
Bankruptcy No. 10 B 40056

# CERTIFICATE OF SERVICE

I, Josephine Green, certify that on JUN 2 4 2011 I caused to be served copies of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Josephine Green*
Relief Courtroom Deputy

## ELECTRONIC SERVICE THROUGH CM/ECF SYSTEM

**Sharon D Oden-Johnson**
The Law Office of S D Oden
P.O. Box 2063
Calumet City, IL 60409

*Trustee*

**David R Herzog**
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602

*U.S. Trustee*

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

## VIA FIRST CLASS MAIL

*Debtor(s)*

**Herbert Lowe**
10044 S. May Ave.
Chicago, IL 60643